# In the United States Court of Federal Claims

Nos. 91-984C, 87-800C, and 87-589C
Consolidated under lead case no. 87-435C
(Filed: April 21, 2005)

* * * * * * * * * * * * * * * * * * * *
MANKE LUMBER CO., *et al.*,
(Mt. Adams Veneer Co., Mt. Adams
Veneer Co., Manke Lumber Co.)

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to a telephonic request by the parties this date, case numbers 91-984C, 87-800C, and 87-589C are stayed for 30 days, to and including May 23, 2005, to permit the parties to pursue settlement.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge